**Order entered June 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00544-CV

**STEVEN B. AUBREY, BENEFICIARY OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellant**

**V.**

**BETSY S. AUBREY, TRUSTEE OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellee**

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-11685

## ORDER

We **GRANT** appellee's June 28, 2016 motion to substitute counsel. We **DIRECT** the

Clerk of this Court to substitute Michael Tobolowsky with the law firm of Malouf & Nockels

LLP as counsel for appellee in the place of Ira Tobolowsky.

/s/     CRAIG STODDART
           JUSTICE